7jgmtwoh (1/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

**In Re:** John Steven Harrington and Linda Loraine Harrington
   **Debtor**

*Bankruptcy Case No.*
11–42743–abf7

**David C. Stover**
   Plaintiff(s)

*Adversary Case No.*
12–04054–abf

v.

**Linda Loraine Harrington**
   Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: That the Discharge of Debtor/Defendant Linda Loraine Harrington is REVOKED pursuant to 11 U.S.C. Section 727(a)(6) and (d)(3), and that a default Judgment is hereby entered against the Debtor/Defendant in the amount of the $250.00 costs of this action.

   The foregoing Memorandum Opinion constitutes Findings of Fact and Conclusions of Law as required by Rule 7052, Rules of Bankruptcy.

                                           Ann Thompson
                                           Court Executive

                                           By: /s/ Sharon Stanley
                                                Deputy Clerk

Date of issuance: 5/22/12

Court to serve